UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JAMES WILLIAMS,

                Plaintiff,

          -against-

NOR METALS CORP., RUBEN TUIL,
*individually*, RADCLIFFE RICHARDSON,
*individually*, and RICHARD MASON (a/k/a RICO),
*individually*,

                Defendants.

------------------------------------------------------------------ x

Case No. 1:21-cv-06835-AT

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED,** by and between the undersigned attorneys for all parties, that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-entitled action is hereby discontinued with prejudice against all Defendants by Plaintiff.

Dated: December 6, 2021
        New York, NY

**PHILLIPS & ASSOCIATES, PLLC**

*/s/ Shawn Clark*

Shawn R. Clark
45 Broadway, Suite 430
New York, NY 10006
(212) 248-7431
sclark@tpglaws.com
*Counsel for Plaintiff*

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

*/s/ James R. Hays*

James R. Hays
30 Rockefeller Plaza
New York, NY 10112
(212) 653-8700
jhays@sheppardmullin.com
*Counsel for NOR Metals and Ruben Tuil*

-11-